PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 25 2021
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

Steven Waylein
PETITIONER
(Full name of Petitioner)

Mass. Treatment Center
CURRENT PLACE OF CONFINEMENT

vs.

M130437
PRISONER ID NUMBER

Mass. Treatment Center
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

4-21CV-1175-0
CASE NUMBER
(Supplied by the District Court Clerk)

---

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?** (Check all that apply)

| | |
|---|---|
| A judgment of conviction or sentence, probation or deferred-adjudication probation. | (Answer Questions 1-4, 5-12 & 20-25) |
| A parole revocation proceeding. | (Answer Questions 1-4, 13-14 & 20-25) |
| A disciplinary proceeding. | (Answer Questions 1-4, 15-19 & 20-25) |
| Other:______________ | (Answer Questions 1-4, 10-11 & 20-25) |

**All petitioners must answer questions 1-4:**

**Note:** In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: Essex County
Thomas W Driscoll JR. Essex Superior Court
Salem, MA 01970

2. Date of judgment of conviction: Jan. 14, 2014

3. Length of sentence: 6yrs - 6yrs and 1 day

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: 1977 CV 397A

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one) Not Guilty Guilty Nolo Contendere

6. Kind of trial: (Check one) Jury (Judge Only)

7. Did you testify at trial? Yes (No)

8. Did you appeal the judgment of conviction? Yes (No)

9. If you did appeal, in what appellate court did you file your direct appeal? None

   Cause Number (if known): None

   What was the result of your direct appeal (affirmed, modified or reversed)? None

   What was the date of that decision? None

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: None

   Result: None

   Date of result: None Cause Number (if known): None

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: ______

   Date of result: ______

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed. (Yes) (No)

11. If your answer to 10 is "Yes," give the following information:

    Name of court: ______

    Nature of proceeding: ______

    Cause number (if known): ______

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: None

Grounds raised: ______________________

______________________

Date of final decision: ______________________

What was the decision? ______________________

Name of court that issued the final decision: ______________________

As to any second petition, application or motion, give the same information:

Name of court: ______________________

Nature of proceeding: ______________________

Cause number (if known): ______________________

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court:

______________________

Grounds raised: ______________________

______________________

Date of final decision: ______________________

What was the decision? ______________________

Name of court that issued the final decision: ______________________

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition? Yes (No) [circled]

(a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: ______________________

______________________

(b) Give the date and length of the sentence to be served in the future: ______________________

______________________

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? Yes (No)

**Parole Revocation:**

13. Date and location of your parole revocation: None

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation? Yes (No)

If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon? Yes (No)

16. Are you eligible for release on mandatory supervision? Yes (No)

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: None

Disciplinary case number: None

What was the nature of the disciplinary charge against you? None

18. Date you were found guilty of the disciplinary violation: None

Did you lose previously earned good-time days? Yes (No)

If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: ______

Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: ______

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure? Yes (No)

If your answer to Question 19 is "Yes," answer the following:

Step 1 Result: ______

Date of Result: ______

Step 2 Result: ______________________________

Date of Result: ______________________________

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A. **GROUND ONE:** being held past out date.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I am being held past my out date of April 29, 2019.

B. **GROUND TWO:** I have no family up here and do not wish to stay.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I have lost both my parents up here. My Father Dec. 2. 2008, My Mother Oct. 1, 2015.

C. **GROUND THREE:** My wife is in Kentucky

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My wife Sarah Montgomery is in Kentucky and having a hard time with go to and from appointments, shopping, etc.

D. **GROUND FOUR:** I was not born here. don't want to be up here.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My birth certificate states The State of Texas. I was born at St. John Peter Smith hospital

21. Relief sought in this petition: To leave the State of Massachusetts and be lessed stressed out with the way the Massachusetts Treatment Center is being runned. The Treatment Center up here has no prayer shelter, no sweat lodge and we are constantly being locked down for no reason at all.

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition? Yes (No)
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

______________________________________________

______________________________________________

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)? Yes (No)

23. Are any of the grounds listed in question 20 above presented for the first time in this petition? Yes (No)

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

______________________________________________

______________________________________________

______________________________________________

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging? Yes No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. ______________________________________________

______________________________________________

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ______________________________

(b) At arraignment and plea: ______________________________

(c) At trial: ______________________________

(d) At sentencing: ______________________________

(e) On appeal: ______________________________

(f) In any post-conviction proceeding: ______________________________

(g) On appeal from any ruling against you in a post-conviction proceeding: ____________

______________________________________________________________

**Timeliness of Petition:**

26. If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

None______________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

Steven Waylein.
Signature of Attorney (if any)

______________________________

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

______________________________ (month, day, year).

Executed (signed) on ______________________________ (date).

Steve Wayley
Signature of Petitioner (required)

Petitioner's current address: 30 Administration Rd.
Bridgewater, MA 02324

Steven Wagler M130937
30 Administration Rd
Bridgewater, MA 02324




X-RAY

Legal

United States District Court
Office of The Clerk
Northern District of Texas
501 West 10th St., Room 310
Fort Worth, TX 76102

NDTX Rev. 7/14

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 2 5 2021
CLERK, U.S. DISTRICT COURT
By_______ Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**________________ DIVISION**

______________________________
Plaintiff's Name and ID Number

______________________________
Place of Confinement

CASE NO. 4-21CV-1175-0
(Clerk will assign the number)

v.

______________________________
Defendant's Name and Address

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, ______________________________, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

a. Business, profession or form of self-employment? ☐ Yes ☐ No
b. Rent payments, interest or dividends? ☐ Yes ☐ No
c. Pensions, annuities or life insurance payments? ☐ Yes ☐ No
d. Gifts or inheritances? ☐ Yes ☐ No
e. Family or friends? ☐ Yes ☐ No
f. Any other sources? ☐ Yes ☐ No

If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

______________________________

______________________________

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts? ☐ Yes ☐ No

If you answered **YES**, state the total value of the items owned.

______________________________

______________________________

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes ☒ No

If you answered **YES**, describe the property and state its approximate value.

______________________________________________

______________________________________________

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this ________________ day of ________________________, 20_________.

Signature of Plaintiff M130437
ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

**CERTIFICATE OF INMATE TRUST ACCOUNT**

I, the undersigned authorized officer of the ________________________________________
(name of institution)
where ________________________________, Inmate ID No. ________________, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ ____________________.

(2) During the past six months, the prisoner's:

Average monthly balance was $ ________________.

Average monthly deposits to the prisoner's account were $ ________________.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this ______________day of ____________________, 20________.

________________________________
Authorized Officer

________________________________
Institution of Confinement

Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

________________________________
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No. ______________________